**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7320**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

STEVEN DONEWAN CARR, a/k/a Steven D. Carr,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:98-cr-00246-RLV-2)

Submitted: October 11, 2012         Decided: October 16, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Donewan Carr, Appellant Pro Se.   Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Carr, No. 5:98-cr-00246-RLV-2 (W.D.N.C. July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Carr's § 3582(c)(2) motion, it did not reduce Carr's sentence to the full extent he requested.

2